NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PROGRESSIVE CASUALTY INSURANCE CO.,**
*Appellant,*

v.

**LIBERTY MUTUAL INSURANCE CO.,**
*Appellee.*

---

2014-1466

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. CBM2012-00002.

---

**ON MOTION**

---

**O R D E R**

Progressive Casualty Insurance Co. moves without opposition to withdraw Calvin P. Griffith, James L. Wamsley, III, and Gregory A. Castanias of Jones Day and to substitute Gary M. Ropski of Brinks Gilson & Lione.

Upon consideration thereof,

IT IS ORDERED THAT:


2     PROGRESSIVE CASUALTY INSURANCE v. LIBERTY MUTUAL INSURANCE CO.

The motion is granted.

                                      FOR THE COURT

July 17, 2014                /s/ Daniel E. O'Toole
    Date                      Daniel E. O'Toole
                            Clerk of Court